UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PHILLIP JOASPH KNIGHT**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                          **NO. 06-4537**

**24TH JUDICIAL DISTRICT COURT**                                           **SECTION: "S"(3)**
**SECTION A, ET AL.**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this __5th__ day of ____December____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**